

NUMBER 13-10-00230-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN THE MATTER OF M.M.A., A JUVENILE

### On appeal from the Juvenile Court
### of Bee County, Texas.

# MEMORANDUM OPINION

### Before Chief Justice Valdez and Justices Garza and Vela
### Memorandum Opinion Per Curiam

This case is before the Court on appellant's "Notice that Case May be Moot." M.M.A., a juvenile, appeals from an order modifying his disposition and committing him into the custody of the Texas Youth Commission. We hold that M.M.A.'s appeal is moot, and therefore, we dismiss the appeal.

A case becomes moot "when the issues presented are no longer 'live' or the parties lack a legally cognizable interest in the outcome." *Murphy v. Hunt*, 455 U.S. 478, 481 (1982). M.M.A. was released from custody of the Texas Youth Commission on April

14, 2011, was released from all post-commitment supervision in this case on December 16, 2011, and turned eighteen years of age on March 18, 2012. *See* TEX. FAM. CODE ANN. § 54.05(b) (Vernon 2002) (all dispositions automatically terminate when the child reaches his eighteenth birthday).

When a cause becomes moot, an appellate court must dismiss the cause, not just the appeal. *City of Garland v. Louton*, 691 S.W.2d 603, 605 (Tex. 1985). The Court, having considered the appellate record and the appellant's "Notice that Case May be Moot," dismisses this cause as moot.


PER CURIAM

Delivered and filed the
19th day of July, 2012.

2